STATE OF CONNECTICUT *v.* ROSS P. UPTON

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 825, is denied.

*Ross P. Upton,* pro se, in support of the petition.

*Carolyn K. Longstreth,* deputy assistant state's attorney, in opposition.

Decided July 2, 1987

JUDY MARANGIO *v.* SHOP RITE SUPERMARKETS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 11 Conn. App. 156, is denied.

*Richard F. Connors,* in support of the petition.

*Ralph G. Eddy,* in opposition.

Decided July 10, 1987

STATE OF CONNECTICUT *v.* LESTER SMITH

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 624, is denied.

*Barbara Goren,* special public defender, in support of the petition.

*Christopher Malany,* deputy assistant state's attorney, in opposition.

Decided July 10, 1987